DAVIS v. SEABOARD AIR LINE RAILWAY.

(Filed April 7, 1903.)

NEGLIGENCE—*Trespasser—Railroads.*

> A person who goes upon the train with his family, after giving notice
> to the conductor thereof, is not a trespasser, and if he is injured
> in alighting from the train by the negligence of the railroad
> company, the company is liable.

ACTION by L. A. Davis against the Seaboard Air Line
Railway Company, heard by Judge *W. S. O'B. Robinson*
and a jury, at October Term, 1902, of the Superior Court of
UNION County.   From a judgment for the plaintiff, the de-
fendant appealed.

*Redwine & Stack,* for the plaintiff.
*Adams & Jerome,* and *J. D. Shaw,* for the defendant.

MONTGOMERY, J.   This action was brought to recover
damages against the defendant for personal injuries alleged
to have been received by the plaintiff through the negligence
of the defendant.   According to the plaintiff's evidence he
had seated his wife and children on the defendant's train,
bound for Charlotte, at Marshville, having purchased a ticket
for them, and on reaching the bottom step of the coach, with
the intention to alight, he was suddenly jerked by a motion
of the train from his footing and thrown violently to the
ground, whereby he was hurt on the leg.   His evidence is
that he was jerked from the step and not that he had actually
moved from the step.   He further said the conductor knew
he was going to put his wife and children on the cars and
that he asked him to hold the train until he got them on and
that he got on as quickly as he could and turned to go out
of the coach as quickly as he could.   The defendant offered
no evidence and moved to non-suit or to dismiss the plaintiff's

CLEGG v. RAILWAY Co.

action under the statute. We think there was no error in the refusal of his Honor to grant the motion. The case of *Whitley v. Railway*, 122 N. C., 987 seems to be substantially like this one, and is decisive of this case.

We notice in the assignments of error three to the refusal to give the defendant's first, second and third prayers for instructions, but the record does not contain any such prayers, nor indeed any prayers for instructions of any kind.

Affirmed.